IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2012 JUL 20 PM 2:56
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
           DEPUTY

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, Plaintiff, | § § § § | |
| v. | § | CAUSE NO. A:12-CV-033-JRN |
| LIFE PARTNERS HOLDINGS, INC., BRIAN PARDO, R. SCOTT PEDEN, and DAVID M. MARTIN, Defendants. | § § § § § | |

## ORDER

Before the Court in the above-entitled and styled cause of action is Defendants' Motion for Sanctions (Clerk's Dkt. No. 30); Plaintiff's Response in Opposition (Clerk's Dkt. No. 31); and Defendants' Reply (Clerk's Dkt. No. 34). In order to determine the appropriateness of Defendants' request for imposition of sanctions, the Court requires an *in camera* review of the January 18, 2012 testimony of Peter Cangany.

**IT IS THEREFORE ORDERED** that Defendants submit the Cangany transcript for the Court's *in camera* inspection on or before July 24, 2012.

SIGNED this 20th day of July, 2012.

JAMES R. NOWLIN
UNITED STATES DISTRICT JUDGE