UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

_____
SECURITIES AND EXCHANGE COMMISSION, :
:
         Plaintiff, :
  v. : Civil Action No.: 1-12-cv-00033
:
LIFE PARTNERS HOLDINGS, INC., BRIAN :
PARDO, R. SCOTT PEDEN, AND :
DAVID M. MARTIN, :
:
         Defendants. :

## DEFENDANTS' JOINT OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO MAKE IN CAMERA SUBMISSION OF SUPPLEMENTAL INFORMATION

**LOCKE LORD LLP**
Jason S. Lewis
State Bar No. 24007551
Email: jlewis@lockelord.com
David W. Klaudt
State Bar No. 00796073
Email:  dklaudt@lockelord.com
Adam Tyler
State Bar No. 24070777
atyler@lockelord.com
2200 Ross Avenue, Suite 2200
Dallas, Texas  75201
Tel: (214) 740-8000, Fax: (214) 756-8414
**ATTORNEY FOR DEFENDANT BRIAN D. PARDO**

**PATTON BOGGS LLP**
S. Cass Weiland
State Bar No. 21081300
Robert A. Hawkins
State Bar No. 00796726
2000 McKinney Ave, Suite 1700
Dallas, Texas 75201
Ph: (214)578-1500, Fax: (214) 578-1550
Email: cweiland@pattonboggs.com
Email: rhawkins@pattonboggs.com
**ATTORNEY FOR DAVID M. MARTIN**

**BAKER & McKENZIE LLP**
Elizabeth L. Yingling
State Bar No. 16935975
E-Mail: elizabeth.yingling@bakermckenzie.com
Laura J. O'Rourke
State Bar No. 24037219
E-Mail: laura.orourke@bakermckenzie.com
Will R. Daugherty
State Bar No. 24053170
E-Mail: will.daugherty@bakermckenzie.com
2300 Trammell Crow Center, 2001 Ross Avenue
Dallas, TX  75201
Tel.: (214) 978-3000, Fax: (214) 978-3099

**LAW OFFICES OF J PETE LANEY**
J Pete Laney
State Bar No. 24036942
E-Mail:  jpete@jpetelaney.com
1122 Colorado Street, Suite 111
Austin, TX 78701-2159
Tel: (512) 473-0404, Fax: (512) 672-6123

**ATTORNEYS FOR DEFENDANTS, LIFE PARTNERS HOLDINGS, INC. AND R. SCOTT PEDEN**

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, : | |
| : | |
| Plaintiff, : | Civil Action No.: 1-12-cv-00033 |
| : | |
| v. : | |
| : | |
| LIFE PARTNERS HOLDINGS, INC., BRIAN : | |
| PARDO, R. SCOTT PEDEN, AND : | |
| DAVID M. MARTIN : | |
| : | |
| Defendants. : | |

## DEFENDANTS' JOINT OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO MAKE IN CAMERA SUBMISSION OF SUPPLEMENTAL INFORMATION

Defendants, Life Partners Holdings, Inc. ("LPHI"), R. Scott Peden ("Peden"), Brian Pardo ("Pardo"), and David M. Martin ("Martin") (collectively "Defendants") file this Joint Opposition to Plaintiff's Motion for Leave to Make In Camera Submission of Supplemental Information in Support of Plaintiff's Response in Opposition of Defendants' Motion for Sanctions, and respectfully show as follows:

Although briefing on Defendants' Motion for Sanctions is complete, Plaintiff now seeks leave to file certain documents *in camera* with the Court, without providing Defendants with an opportunity to address the relevance of such documents to Defendants' Motion. Defendants will be unfairly prejudiced if Plaintiff is allowed, after briefing has been completed, to file additional documents supporting its Opposition without Defendants being given the opportunity to respond.

To the extent the Court grants Plaintiff leave to present documents to the Court for *in camera* review, Defendants request the opportunity to file a two-paragraph Surreply to very briefly address the impact, if any, such documents have on the issues raised in Defendants'

Motion for Sanctions.  Defendants would also file such Surreply *in camera* as necessary and appropriate to protect the confidentiality of the documents Plaintiff seeks leave to submit.

WHEREFORE, PREMISES CONSIDERED, Defendants respectfully request that Plaintiff's Motion be denied or, alternatively, that Defendants be granted leave to submit a very brief Surreply in camera as requested herein.

Respectfully submitted,

/s/ Elizabeth L. Yingling

| | |
|---|---|
| **LOCKE LORD LLP** | Elizabeth L. Yingling |
| Jason S. Lewis | State Bar No. 16935975 |
| State Bar No. 24007551 | E-Mail: elizabeth.yingling@bakermckenzie.com |
| Email: jlewis@lockelord.com | Laura J. O'Rourke |
| David W. Klaudt | State Bar No. 24037219 |
| State Bar No. 00796073 | E-Mail: laura.orourke@bakermckenzie.com |
| Email:  dklaudt@lockelord.com | Will R. Daugherty |
| Adam Tyler | State Bar No. 24053170 |
| State Bar No. 24070777 | E-Mail: will.daugherty@bakermckenzie.com |
| atyler@lockelord.com | |
| 2200 Ross Avenue, Suite 2200 | **BAKER & McKENZIE LLP** |
| Dallas, Texas  75201 | 2300 Trammell Crow Center |
| Tel: (214) 740-8000 | 2001 Ross Avenue |
| Fax: (214) 756-8414 | Dallas, TX  75201 |
| | Tel.: (214) 978-3000 |
| **ATTORNEY FOR DEFENDANT** | Fax: (214) 978-3099 |
| **BRIAN D. PARDO** | |
| | J Pete Laney |
| **PATTON BOGGS LLP** | State Bar No. 24036942 |
| S. Cass Weiland | E-Mail:  jpete@jpetelaney.com |
| State Bar No. 21081300 | **LAW OFFICES OF J PETE LANEY** |
| Robert A. Hawkins | 1122 Colorado Street, Suite 111 |
| State Bar No. 00796726 | Austin, TX 78701-2159 |
| 2000 McKinney Ave, Suite 1700 | Tel: (512) 473-0404 |
| Dallas, Texas 75201 | Fax: (512) 672-6123 |
| Ph: (214)578-1500 | |
| Fax: (214) 578-1550 | **ATTORNEYS FOR DEFENDANTS, LIFE** |
| Email: gweiland@pattonbogygs.com | **PARTNERS HOLDINGS, INC. AND R.** |
| Email: rhawkins@pattonboggs.com | **SCOTT PEDEN** |

**ATTORNEY FOR DAVID M. MARTIN**

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2012, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel who have registered with the Court. All others were served a copy via U.S. mail.

/s/ *Elizabeth L. Yingling*

714819-v1\DALDMS