IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, § <br> §<br> Plaintiff, §<br> §<br>vs. §<br> §<br>LIFE PARTNERS HOLDINGS, INC., BRIAN D. §<br>PARDO, R. SCOTT PEDEN, AND DAVID M. §<br>MARTIN, §<br> §<br> Defendants. § | CIVIL ACTION NO. 1:12-CV-33 |

## UNOPPOSED MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

Pursuant to Western District Local Rule AT-3, Defendant Brian D. Pardo ("Pardo") files this Unopposed Motion to Withdraw and Substitute Counsel, and would respectfully show the Court as follows:

1. Pardo is represented by Jason Lewis, David Klaudt, and Adam Tyler of Locke Lord LLP. Pardo requests that the above-mentioned attorneys be withdrawn as counsel and that Rory Ryan be substituted as counsel for Pardo. All correspondence from the Court and counsel should be directed to Mr. Ryan. Mr. Ryan's bar number and contact information are as follows:

> Rory Ryan
> State Bar. No. 24043007
> Baylor Law School (School affiliation provided only for contact purposes)
> One Bear Place #97288
> Waco, Texas 76798
> (254) 710-6587 (phone)
> (254) 710-2817 (fax)
> Rory_Ryan@Baylor.edu

2. The requested withdrawal will not delay these proceedings, and no prejudice will result to any party as a result of the withdrawal.

3. For the foregoing reasons, Pardo respectfully requests that the Court grant this Unopposed Motion to Withdraw and Substitute Counsel.

>Respectfully submitted,
>
>/s/ Adam Tyler
>Jason S. Lewis
>  Texas Bar No. 24007551
>  jlewis@lockelord.com
>David W. Klaudt
>  Texas Bar No. 00796073
>  dklaudt@lockelord.com
>Adam Tyler
>  Texas Bar No. 24070777
>  atyler@lockelord.com
>LOCKE LORD LLP
>2200 Ross Ave., Suite 2200
>Dallas, Texas 75201
>Telephone: (214) 740-8000
>Facsimile: (214) 740-8800
>
>**ATTORNEYS FOR BRIAN D. PARDO**

## CERTIFICATE OF CONFERENCE

Locke Lord LLP conferred with counsel for Plaintiffs, who indicated that he was unopposed to this motion.

>/s/ Adam Tyler
>Adam Tyler

## CERTIFICATE OF SERVICE

On November 16, 2012 I electronically submitted this motion and a proposed order granting same, to the Clerk of the Court for the U.S. District Court, Western District of Texas, Austin Division, using the electronic case filing system of the court.

>/s/ Adam Tyler
>Adam Tyler