IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, § | |
| § | |
| Plaintiff, § | Case No.: 1:12-cv-00033-JRN |
| § | |
| vs. § | |
| § | |
| LIFE PARTNERS HOLDINGS, INC., BRIAN § | |
| PARDO, R. SCOTT PEDEN, and § | |
| DAVID M. MARTIN § | |
| § | |
| Defendants. § | |

## PLAINTIFF'S DESIGNATION OF POTENTIAL WITNESSES

Plaintiff Securities and Exchange Commission (the "Commission") hereby files its Designation of Potential Witnesses, pursuant to the Court's June 5, 2013 Scheduling Order [Dkt. 89], as amended by the Court's October 16, 2013 Text Order granting the parties' Joint Motion to Modify Deadlines in Scheduling Order [Dkt. 127]. The Commission designates the following potential witnesses:

1.  Akita Adkins
    U.S. Securities and Exchange Commission
    Fort Worth Regional Office
    801 Cherry Street, Unit 1900
    Fort Worth, Texas 76102
    817-900-2657

2.  Tad Ballantyne
    c/o Bruce Collins
    Carrington Coleman
    901 Main Street, #5500
    Dallas, TX 75202
    214-855-3018

3.  John Barr
    1200 Trail Ridge
    McKinney, Texas 75070

4.  Michael Bodwell
    Whitley Penn, LLP
    8343 Douglas Ave
    Suite 400
    Dallas, Texas 75225
    214-393-9300

5.  Peter T. Cangany, Jr.
    Ernst & Young
    c/o Thomas L. Riesenberg
    Deputy General Counsel
    Ernst & Young LLP
    1101 New York Ave. N.W.
    Washington, DC 20005
    202-327-7605

6.  Kurt Carr
    Life Partners, Inc.
    204 Woodhew Drive
    Waco, TX 76712
    254-751-7797

7.  Deborah Carr
    Life Partners, Inc.
    204 Woodhew Drive
    Waco, TX 76712
    254-751-7797

8.  Dr. Donald Cassidy
    c/o Dane W. Anderson
    Woodburn & Wedge
    6100 Neil Road, Suite 500
    Reno, NV 89505
    775-688-3000

9.  Felicia Conner
    1306 Meadow Brook Road
    Waco, Texas 76710
    cnnfelicia@aol.com

10. Custodian of Records
    Riviere Securities Ltd.
    1250 South Capital of Texas Highway
    Cielo Center 2, Suite 120
    Austin, TX 78746

11. Custodian of Records
    Texas Department of Insurance
    333 Guadalupe
    Austin, TX   78701

12. Jim Dunnam
    Dunnam & Dunnam LLP
    4125 W. Waco Dr., Suite 200
    Waco, TX 76710
    254-753-6437

13. Mark Embry
    Life Partners, Inc.
    204 Woodhew Drive
    Waco, TX 76712
    254-751-7797

14. Kurt Gearhart
    21st Services Underwriting
    200 S. 6th Street, Suite 350
    Minneapolis, MN  55402-5373

15. Clay Gibson
    Vida Capital, Inc.
    805 Las Cimas Parkway
    Suite 230
    Austin, TX 78746
    512-961-8265

16. Vince Granieri
    Predictive Resources, LLC
    4865 Miami Road
    Cincinnati, Ohio 45243
    513-272-7118

17. Linda Habenicht
    c/o Elizabeth L. Yingling, Laura J. O'Rourke, and Will R. Daugherty
    Baker & McKenzie LLP
    2300 Trammell Crow Center
    2001 Ross Avenue Dallas, TX 75201
    214-978-3000

18. Timothy Harper
    BG&S Management Consultants
    1701 W. Northwest Highway, Ste. 100
    Grapevine, TX 76051
    817-305-0649

19. LaDonna Johnson
    Life Partners, Inc.
    204 Woodhew Drive
    Waco, TX 76712
    254-751-7797

20. Roy Johnson
    613 Pawnee Lane
    Belton, Missouri 64012
    816-331-1907

22. David King
    U.S. Securities and Exchange Commission
    Fort Worth Regional Office
    801 Cherry Street, Unit 1900
    Fort Worth, Texas 76102
    817-900-2604

21. Brian Laib
    Eide Bailly LLP
    c/o D. Michael O'Neil, Jr.
    Christensen Law Group, P.L.L.C.
    210 Park Avenue, Suite 700
    Oklahoma City, OK  73102-5600
    405-232-2020

22. Professor Kenneth M. Lehn
    Samuel A. McCullough Professor of Finance
    University of Pittsburgh – Joseph M. Katz Graduate School of Business
    Mervis Hall
    Pittsburgh, Pennsylvania 15260

23. E. Grey Lewis
    Ernst & Young
    c/o Thomas L. Riesenberg
    Deputy General Counsel
    Ernst & Young LLP
    1101 New York Ave. N.W.
    Washington, DC  20005
    202-327-7605

24. David M. Martin
    c/o S. Cass Weiland and Robert A. Hawkins
    Patton Boggs LLP
    2000 McKinney Ave, Suite 1700
    Dallas, Texas 75201
    214-578-1500

25. Brian D. Pardo
    c/o Jay Ethington
    The Law Firm of Jay Ethington
    3131 McKinney Avenue, Suite 800
    Dallas, Texas 75204
    214-740-9955

26. Elizabeth Pardo
    ESP Communications, Inc.
    204 Woodhew Drive
    Waco, Texas 76712

27. R. Scott Peden
    c/o Elizabeth L. Yingling, Laura J. O'Rourke, and Will R. Daugherty
    Baker & McKenzie LLP
    2300 Trammell Crow Center
    2001 Ross Avenue Dallas, TX 75201
    214-978-3000

28. Lawrence F. Ranallo
    Prehensive Financial Forensics, LLC
    2937 Daniel Avenue
    Dallas, Texas 75205

29. Larry Rubin
    Partner – Actuarial and Insurance Management Solutions (AIMS)
    PricewaterhouseCoopers
    300 Madison Avenue
    24th Floor
    New York, New York 10017

30. Jeff Serra
    Vida Capital, Inc.
    President and CEO, Vida Capital, Inc.
    805 Las Cimas Parkway
    Suite 230
    Austin, TX 78746
    512-961-8265

31. James Sundelius
    Abundant Income, LLC
    4400 Westgrove Drive, #10
    Addison, Texas 75001
    972-733-3313

32. Gunnar Teltow
    Vida Capital, Inc.
    805 Las Cimas Parkway
    Suite 230
    Austin, TX 78746
    512-961-8265

33. Texas State Securities Board
    208 E. 10th Street, 5th Floor
    Austin, TX  78701
    512-305-8300

33. Paula Toy
    Life Partners, Inc.
    204 Woodhew Drive
    Waco, TX 76712
    254-751-7797

34. David Yelken
    Life Settlement Exchange, LLC
    3215 Carlisle Street
    Bedford, Texas
    972-965-7030

Dated: December 9, 2013 Respectfully submitted,

                                              */s/ Jessica B. Magee*
JESSCIA B. MAGEE
Texas Bar No. 24037757
MATTHEW GULDE
Illinois Bar No. 6272325
B. David Fraser
Texas Bar No. 24012654
Attorneys for Plaintiff
U.S. Securities and Exchange Commission
Burnett Plaza, Suite 1900
801 Cherry Street, Unit #18
Fort Worth, TX 76102-6882
(817) 978-6465
(817) 978-4927 (fax)
mageej@sec.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 9, 2013, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to all counsel who have registered with the Court. All others were served a copy by U.S. mail.

                                             */s/ Jessica B. Magee*
                                             JESSCIA B. MAGEE