IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, § | |
| § | |
| Plaintiff, § | Case No.: 1:12-cv-00033-JRN |
| § | |
| vs. § | |
| § | |
| LIFE PARTNERS HOLDINGS, INC., BRIAN § | |
| PARDO, R. SCOTT PEDEN, and § | |
| DAVID M. MARTIN § | |
| § | |
| Defendants. § | |

**PLAINTIFF'S SECOND CORRECTED DESIGNATION OF POTENTIAL WITNESSES**

Plaintiff Securities and Exchange Commission (the "Commission") files this Second Corrected Designation of Potential Witnesses, pursuant to the Court's June 5, 2013 Scheduling Order [Dkt. 89], as amended by the Court's October 16, 2013 Text Order granting the parties' Joint Motion to Modify Deadlines in Scheduling Order [Dkt. 127]. The Commission designates the following potential witnesses:

1.  Akita Adkins
    U.S. Securities and Exchange Commission
    Fort Worth Regional Office
    801 Cherry Street, Unit 1900
    Fort Worth, Texas 76102
    817-900-2657
    *May call*

2.  Tad Ballantyne
    c/o Bruce Collins
    Carrington Coleman
    901 Main Street, #5500
    Dallas, TX 75202
    214-855-3018
    *May call*

3.     John Barr
        1200 Trail Ridge
        McKinney, Texas 75070
        *Expects to Call*

4.     Michael Bodwell
        Whitley Penn, LLP
        8343 Douglas Ave
        Suite 400
        Dallas, Texas 75225
        214-393-9300
        *Expects to Call*

5.     Scott Campbell
        75 Pringle Way #711
        Reno, Nevada 89502
        775-420-6191
        *May call*

6.     Peter T. Cangany, Jr.
        Ernst & Young
        c/o Thomas L. Riesenberg
        Deputy General Counsel
        Ernst & Young LLP
        1101 New York Ave. N.W.
        Washington, DC 20005
        202-327-7605
        *Expects to Call*

7.     Kurt Carr
        Life Partners, Inc.
        204 Woodhew Drive
        Waco, TX 76712
        254-751-7797
        *Expects to Call*

8.     Deborah Carr
        Life Partners, Inc.
        204 Woodhew Drive
        Waco, TX 76712
        254-751-7797
        *Expects to Call*

9.     Dr. Donald Cassidy
       c/o Dane W. Anderson
       Woodburn & Wedge
       6100 Neil Road, Suite 500
       Reno, NV 89505
       775-688-3000
       *Expects to Call*

10.    Felicia Conner
       1306 Meadow Brook Road
       Waco, Texas 76710
       cnnfelicia@aol.com
       *May call*

11.    Custodian of Records
       Riviere Securities Ltd.
       1250 South Capital of Texas Highway
       Cielo Center 2, Suite 120
       Austin, TX 78746
       *May call*

12.    Custodian of Records
       Texas Department of Insurance
       333 Guadalupe
       Austin, TX   78701
       *May call*

13.    Jim Dunnam
       Dunnam & Dunnam LLP
       4125 W. Waco Dr., Suite 200
       Waco, TX 76710
       254-753-6437
       *May call*

14.    Mark Embry
       Life Partners, Inc.
       204 Woodhew Drive
       Waco, TX 76712
       254-751-7797
       *Expects to Call*

15.    Kurt Gearhart
       21st Services Underwriting
       200 S. 6th Street, Suite 350
       Minneapolis, MN  55402-5373
       *May call*

16. Clay Gibson
    Vida Capital, Inc.
    805 Las Cimas Parkway
    Suite 230
    Austin, TX 78746
    512-961-8265
    *May call*

17. Vince Granieri
    Predictive Resources, LLC
    4865 Miami Road
    Cincinnati, Ohio 45243
    513-272-7118
    *May call*

18. Linda Habenicht
    c/o Elizabeth L. Yingling, Laura J. O'Rourke, and Will R. Daugherty
    Baker & McKenzie LLP
    2300 Trammell Crow Center
    2001 Ross Avenue Dallas, TX 75201
    214-978-3000
    *Expects to Call*

19. Timothy Harper
    BG&S Management Consultants
    1701 W. Northwest Highway, Ste. 100
    Grapevine, TX 76051
    817-305-0649
    *Expects to Call*

20. LaDonna Johnson
    Life Partners, Inc.
    204 Woodhew Drive
    Waco, TX 76712
    254-751-7797
    *Expects to Call*

21. Roy Johnson
    613 Pawnee Lane
    Belton, Missouri 64012
    816-331-1907
    *May call*

22. David King
    U.S. Securities and Exchange Commission

        Fort Worth Regional Office
        801 Cherry Street, Unit 1900
        Fort Worth, Texas 76102
        817-900-2604
        *May call*

23.    Brian Laib
        Eide Bailly LLP
        c/o D. Michael O'Neil, Jr.
        Christensen Law Group, P.L.L.C.
        210 Park Avenue, Suite 700
        Oklahoma City, OK  73102-5600
        405-232-2020
        *Expects to Call*

24.    Professor Kenneth M. Lehn
        Samuel A. McCullough Professor of Finance
        University of Pittsburgh – Joseph M. Katz Graduate School of Business
        Mervis Hall
        Pittsburgh, Pennsylvania 15260
        *Expects to Call*

25.    E. Grey Lewis
        Ernst & Young
        c/o Thomas L. Riesenberg
        Deputy General Counsel
        Ernst & Young LLP
        1101 New York Ave. N.W.
        Washington, DC  20005
        202-327-7605
        *May call*

26.    David M. Martin
        c/o S. Cass Weiland and Robert A. Hawkins
        Patton Boggs LLP
        2000 McKinney Ave, Suite 1700
        Dallas, Texas 75201
        214-578-1500
        *Expects to Call*

27. Brian D. Pardo
    c/o Jay Ethington
    The Law Firm of Jay Ethington
    3131 McKinney Avenue, Suite 800
    Dallas, Texas 75204
    214-740-9955
    *Expects to Call*

28. Elizabeth Pardo
    ESP Communications, Inc.
    204 Woodhew Drive
    Waco, Texas 76712
    *May call*

29. R. Scott Peden
    c/o Elizabeth L. Yingling, Laura J. O'Rourke, and Will R. Daugherty
    Baker & McKenzie LLP
    2300 Trammell Crow Center
    2001 Ross Avenue Dallas, TX 75201
    214-978-3000
    *Expects to Call*

30. Nina Piper
    373 Panther Branch Road
    Valley Mills, Texas 76689
    254-304-2446
    *Expects to Call*

31. Lawrence F. Ranallo
    Prehensive Financial Forensics, LLC
    2937 Daniel Avenue
    Dallas, Texas 75205
    *Expects to Call*

32. Larry Rubin
    Partner – Actuarial and Insurance Management Solutions (AIMS)
    PricewaterhouseCoopers
    300 Madison Avenue
    24th Floor
    New York, New York 10017
    *Expects to Call*

33. Jeff Serra
    Vida Capital, Inc.
    President and CEO, Vida Capital, Inc.
    805 Las Cimas Parkway, Suite 230
    Austin, TX 78746
    512-961-8265
    *Expects to Call*

34. James Sundelius
    Abundant Income, LLC
    4400 Westgrove Drive, #10
    Addison, Texas 75001
    972-733-3313
    *Expects to Call*

35. Gunnar Teltow
    Vida Capital, Inc.
    805 Las Cimas Parkway
    Suite 230
    Austin, TX 78746
    512-961-8265
    *May call*

36. Texas State Securities Board
    208 E. 10th Street, 5th Floor
    Austin, TX 78701
    512-305-8300
    *May call*

37. Clay Thomas
    250 Mark Young Rd.
    Smithville, Texas 78957
    254-716-4429
    *May call*

38. Paula Toy
    Life Partners, Inc.
    204 Woodhew Drive
    Waco, TX 76712
    254-751-7797
    *Expects to Call*

39.  David Yelken
     Life Settlement Exchange, LLC
     3215 Carlisle Street
     Bedford, Texas
     972-965-7030
     *May call*

Dated:  December 20, 2013                    Respectfully submitted,


                                             */s/ Jessica B. Magee*
                                             JESSICA B. MAGEE
                                             Texas Bar No. 24037757
                                             MATTHEW GULDE
                                             Illinois Bar No. 6272325
                                             B. DAVID FRASER
                                             Texas Bar No. 24012654
                                             Attorneys for Plaintiff
                                             U.S. Securities and Exchange Commission
                                             Burnett Plaza, Suite 1900
                                             801 Cherry Street, Unit #18
                                             Fort Worth, TX  76102-6882
                                             (817) 978-6465
                                             (817) 978-4927 (fax)
                                             mageej@sec.gov

## **CERTIFICATE OF SERVICE**

       I hereby certify that on December 20, 2013, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to all counsel who have registered with the Court.  All others were served a copy by U.S. mail.

                                             */s/ Jessica B. Magee*
                                             JESSICA B. MAGEE