UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

_____
SECURITIES AND EXCHANGE COMMISSION, :
                                    :
             Plaintiff,             :    Civil Action No.: 1-12-cv-00033
                                    :
     v.                             :
                                    :
LIFE PARTNERS HOLDINGS, INC., BRIAN :
PARDO, R. SCOTT PEDEN, AND          :
DAVID M. MARTIN                     :
                                    :
             Defendants.            :
_____:

## DEFENDANTS' TRIAL WITNESS LIST

Come now, Defendants LIFE PARTNERS HOLDERS, INC., R. SCOTT PEDEN, BRIAN PARDO, and DAVID M. MARTIN and designate the following witnesses who will be called or may be called to testify at trial.

Defendants reserve the right to supplement, amend, or withdraw any submission based on the evidence presented at trial and to object to any submissions by Plaintiff. Further, by submitting this Trial Witness List, Defendants in no way waive or concede any arguments currently pending before the Court or which may be filed, including, among other possible motions, any motion to strike or motion in limine.

**A.    Defendants Expect to Call the Following Witnesses at Trial:**

1.    Brian Pardo
      c/o Jay Ethington
      The Law Firm of Jay Ethington
      3131 McKinney Avenue, Suite 800
      Dallas, TX 75204
      (214) 740-9955

2. Scott Peden
   c/o Elizabeth Yingling
   Baker & McKenzie LLP
   2001 Ross Avenue, Suite 2300
   Dallas, TX 75201
   (214) 978-3039

3. David Martin
   c/o S. Cass Weiland
   S. Cass Weiland
   Patton Boggs LLP
   2000 McKinney Ave
   Suite 1700
   Dallas, Texas  75201
   (214) 758-1500

4. Peter Cangany
   c/o Thomas L. Riesenberg
   Deputy General Counsel
   Ernst & Young LLP
   1101 New York Ave. N.W.
   Washington, DC 20005
   (202) 327-7605

5. Kurt Carr
   c/o Life Partners, Inc.
   204 Woodhew Drive
   Waco, TX 76712
   (800) 368-5569

6. Donald Cassidy, M.D.
   c/o Greg Weselka
   Secore & Waller
   12222 Merit Drive
   Dallas, TX 75251
   (972) 776-0200
     and
   Dane Anderson
   Woodburn & Wedge
   6100 Neil Road, Suite 500
   Reno, Nevada 89511
   (775) 688-3000

7. Ron Conner
   c/o Robert O. O'Bannan
   Phillips Murrah P.C.
   101 North Robinson, 13th Floor
   Oklahoma City, OK 73102
   (405) 235-4100

8. Mark Embry
   c/o Life Partners, Inc.
   204 Woodhew Drive
   Waco, TX 76712
   (800) 368-5569

9. Linda Habenicht
   c/o: John P. Mabry, Jr.
   Mabry Lewis Law Firm, LLP
   400 Austin Avenue, Suite 104
   Waco, TX 76701
   (254) 752-7501

10. Jim Johnson
    BDO
    700 North Pearl, Suite 2000
    Dallas, TX 75201
    (214) 969-7007

11. LaDonna Johnson
    c/o: Wm. Kim Wade
    The Wade Law Firm, P.C.
    12700 Preston Road, Suite 265
    Dallas, TX 75230
    (214) 346-2947

12. Brian Laib
    c/o: D. Michael O'Neil, Jr.
    Christenson Law Group, PLLC
    210 Park Avenue, Suite 700
    Oklahoma City, OK 73102
    (405) 232-2020

13. Harold Rafuse
    c/o Bruce Collins
    Carrington, Coleman, Sloman & Blumenthal, L.L.P.
    901 Main Street
    Dallas, Texas 75202
    214-855-3000

14. Paula Toy
    c/o Life Partners, Inc.
    204 Woodhew Drive
    Waco, TX 76712
    (800) 368-5569

15. Keith Ugone
    Analysis Group, Inc.
    2911 Turtle Creek Blvd., Suite 600
    Dallas, TX 75219
    (214) 523-1400

B.  **Defendants May Call the Following Witnesses at Trial:**

1.  Tad Ballantyne
    c/o Bruce Collins
    Carrington, Coleman, Sloman & Blumenthal, L.L.P.
    901 Main Street
    Dallas, Texas 75202
    214-855-3000

2.  Deborah Carr
    c/o Life Partners, Inc.
    204 Woodhew Drive
    Waco, TX 76712
    (800) 368-5569

3.  Fred Dewald
    c/o Bruce Collins
    Carrington, Coleman, Sloman & Blumenthal, L.L.P.
    901 Main Street
    Dallas, Texas 75202
    214-855-3000

4. E. Grey Lewis
c/o Thomas L. Riesenberg
Deputy General Counsel
Ernst & Young LLP
1101 New York Ave. N.W.
Washington, DC 20005
(202) 327-7605

Respectfully submitted,

/s/ *Elizabeth L. Yingling*

J Pete Laney
State Bar No. 24036942
E-Mail: jpete@jpetelaney.com
**LAW OFFICES OF J PETE LANEY**
1122 Colorado Street
Suite 111
Austin, TX 78701-2159
Tel: (512) 473-0404
Fax: (512) 672-6123

Elizabeth L. Yingling
State Bar No. 16935975
E-Mail: elizabeth.yingling@bakermckenzie.com
Laura J. O'Rourke
State Bar No. 24037219
E-Mail: laura.orourke@bakermckenzie.com
Will R. Daugherty
State Bar No. 24053170
E-Mail: will.daugherty@bakermckenzie.com
Meghan E. George
State Bar No. 24074267
E-Mail: meghan.george@bakermckenzie.com
**BAKER & McKENZIE LLP**
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, TX 75201
Tel.: (214) 978-3000, Fax: (214) 978-3099

*/s/ S. Cass Weiland*
**PATTON BOGGS LLP**
S. Cass Weiland
State Bar No. 21081300
Robert A. Hawkins
State Bar No. 00796726
2000 McKinney Ave, Suite 1700
Dallas, Texas 75201
Tel: (214) 578-1500
Fax: (214) 578-1550
Email: cweiland@pattonboggs.com
Email: rhawkins@pattonboggs.com

**ATTORNEYS FOR DAVID M. MARTIN**

**ATTORNEYS FOR DEFENDANTS, LIFE PARTNERS HOLDINGS, INC. AND R. SCOTT PEDEN**

/s/ *Jay Ethington*
Jay Ethington
The Law Firm of Jay Ethington
Texas Bar No. 06692500
3131 McKinney Avenue, Suite 800
Dallas, TX 75204
Tel.: (214)740-9955, Fax: (214) 749-9912
Email: jay@jayethington.com
**ATTORNEY FOR BRIAN D. PARDO**

## CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2013, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel who have registered with the Court. All others were served a copy via U.S. mail.

/s/ *Elizabeth L. Yingling*

728505-v1\DALDMS