IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | Case No.: 1:12-cv-00033-JRN |
| § | |
| LIFE PARTNERS HOLDINGS, INC., BRIAN § | |
| PARDO, R. SCOTT PEDEN, and § | |
| DAVID M. MARTIN § | |
| § | |
| Defendants. § | |

_____

## PLAINTIFF'S AMENDED WITNESS LIST

Plaintiff Securities and Exchange Commission (the "Commission") files this Amended Witness List:

1. Akita Adkins
   U.S. Securities and Exchange Commission
   Fort Worth Regional Office
   801 Cherry Street, Unit 1900
   Fort Worth, Texas 76102
   817-900-2657
   *May call*

2. Tad Ballantyne
   c/o Bruce Collins
   Carrington Coleman
   901 Main Street, #5500
   Dallas, TX 75202
   214-855-3018
   *May call*

3. John Barr
   1200 Trail Ridge
   McKinney, Texas 75070
   *Expects to Call*

4. Michael Bodwell
   Whitley Penn

       c/o W. Frank Carroll
       Cox Smith Matthews Inc.
       1201 Elm St., Suite 3300
       Dallas, Texas 75270
       214-698-7828
       *Expects to Call*

5.     Kurt Carr
       Life Partners, Inc.
       c/o Elizabeth L. Yingling, Laura J. O'Rourke, and Will R. Daugherty
       Baker & McKenzie LLP
       2001 Ross Avenue, Suite 2300
       Dallas, TX 75201
       214-978-3000
       *Expects to Call*

6.     Deborah Carr
       Life Partners, Inc.
       c/o Elizabeth L. Yingling, Laura J. O'Rourke, and Will R. Daugherty
       Baker & McKenzie LLP
       2001 Ross Avenue, Suite 2300
       Dallas, TX 75201
       214-978-3000
       *Expects to Call*

7.     Dr. Donald Cassidy
       c/o Dane W. Anderson
       Woodburn & Wedge
       6100 Neil Road, Suite 500
       Reno, NV 89505
       775-688-3000
       *Expects to Call*

8.     Felicia Conner
       1306 Meadow Brook Road
       Waco, Texas 76710
       cnnfelicia@aol.com
       *May call*

9.     Custodian of Records
       Riviere Securities Ltd.
       1250 South Capital of Texas Highway, Suite 120
       Austin, TX 78746
       *May call*

10.    Custodian of Records

        Texas Department of Insurance
        333 Guadalupe
        Austin, TX   78701
        *May call*

11.    Jim Dunnam
        Dunnam & Dunnam LLP
        c/o Andy McSwain
        Fulbright Winniford, P.C.
        425 Austin Avenue, 22nd Floor
        Waco, TX  76701
        254-776-6000
        *May call*

12.    Mark Embry
        Life Partners, Inc.
        c/o Elizabeth L. Yingling, Laura J. O'Rourke, and Will R. Daugherty
        Baker & McKenzie LLP
        2001 Ross Avenue, Suite 2300
        Dallas, TX 75201
        214-978-3000
        *Expects to Call*

13.    Kurt Gearhart
        21st Services Underwriting
        200 S. 6th Street, Suite 350
        Minneapolis, MN  55402-5373
        *May call*

14.    Vince Granieri
        Predictive Resources, LLC
        4865 Miami Road
        Cincinnati, Ohio 45243
        513-272-7118
        *May call*

15.    Linda Habenicht
        c/o John P. Mabry, Jr.
        Mabry Lewis Law Firm, LLP
        400 Austin Ave., Suite 104
        Waco, Texas 76701
        254-752-7500
        *May Call*

16. Timothy Harper
    BG&S Management Consultants
    1701 W. Northwest Highway, Ste. 100
    Grapevine, TX 76051
    817-305-0649
    *May Call*

17. LaDonna Johnson
    c/o W. Kim Wade
    The Wade Law Firm, P.C.
    12700 Preston Road, Suite 265
    Dallas, TX 75230
    214-346-2946
    *May Call*

18. Brian Laib
    Eide Bailly LLP
    c/o D. Michael O'Neil, Jr.
    Christensen Law Group, P.L.L.C.
    210 Park Avenue, Suite 700
    Oklahoma City, OK 73102-5600
    405-232-2020
    *May Call*

19. Professor Kenneth M. Lehn
    Samuel A. McCullough Professor of Finance
    University of Pittsburgh – Joseph M. Katz Graduate School of Business
    Pittsburgh, Pennsylvania 15260
    *Expects to Call*

20. E. Grey Lewis
    c/o Thomas L. Riesenberg
    Deputy General Counsel
    Ernst & Young LLP
    1101 New York Ave. N.W.
    Washington, DC 20005
    202-327-7605
    *May call*

21. David M. Martin
    c/o S. Cass Weiland
    Patton Boggs LLP
    2000 McKinney Ave, Suite 1700
    Dallas, Texas 75201
    214-578-1500
    *Expects to Call*

22. Brian D. Pardo
    c/o Jay Ethington
    The Law Firm of Jay Ethington
    3131 McKinney Avenue, Suite 800
    Dallas, Texas 75204
    214-740-9955
    *Expects to Call*

23. Elizabeth Pardo
    ESP Communications, Inc.
    c/o Elizabeth L. Yingling, Laura J. O'Rourke, and Will R. Daugherty
    Baker & McKenzie LLP
    2001 Ross Avenue, Suite 2300
    Dallas, TX 75201
    214-978-3000
    *May call*

24. R. Scott Peden
    c/o Elizabeth L. Yingling, Laura J. O'Rourke, and Will R. Daugherty
    Baker & McKenzie LLP
    2001 Ross Avenue, Suite 2300
    Dallas, TX 75201
    214-978-3000
    *Expects to Call*

25. Nina Piper
    373 Panther Branch Road
    Valley Mills, Texas 76689
    254-304-2446
    *Expects to Call*

26. Lawrence F. Ranallo
    Prehensive Financial Forensics, LLC
    2937 Daniel Avenue
    Dallas, Texas 75205
    *Expects to Call*

27. Larry Rubin

*SEC v. Life Partners Holdings, Inc., et al.*                                                Page 5
Plaintiff's Amended Witness List

        PricewaterhouseCoopers
        300 Madison Avenue, 24th Floor
        New York, New York 10017
        *Expects to Call*

28. Jeff Serra
    Vida Capital, Inc.
    President and CEO, Vida Capital, Inc.
    805 Las Cimas Parkway, Suite 230
    Austin, TX 78746
    512-961-8265
    *Expects to Call*

29. James Sundelius
    Abundant Income, LLC
    4400 Westgrove Drive, #10
    Addison, Texas 75001
    972-733-3313
    *Expects to Call*

30. Paula Toy
    c/o Elizabeth L. Yingling, Laura J. O'Rourke, and Will R. Daugherty
    Baker & McKenzie LLP
    2001 Ross Avenue, Suite 2300
    Dallas, TX 75201
    214-978-3000
    *May Call*

31. David Yelken
    Life Settlement Exchange, LLC
    3215 Carlisle Street
    Bedford, Texas
    972-965-7030
    *May call*

Dated:  January 8, 2014        Respectfully submitted,


                */s/ Jessica B. Magee*
                JESSICA B. MAGEE
                Texas Bar No. 24037757
                MATTHEW GULDE
                Illinois Bar No. 6272325
                B. DAVID FRASER
                Texas Bar No. 24012654
                Attorneys for Plaintiff
                U.S. Securities and Exchange Commission
                Burnett Plaza, Suite 1900
                801 Cherry Street, Unit #18
                Fort Worth, TX  76102-6882
                (817) 978-6465
                (817) 978-4927 (fax)
                mageej@sec.gov


## **CERTIFICATE OF SERVICE**

  I hereby certify that on January 8, 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to all counsel who have registered with the Court.  All others were served a copy by U.S. mail.


                */s/ Jessica B. Magee*
                JESSICA B. MAGEE