# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

RECEIVED
FEB - 3 2014

Securities & Exchange Commission
*Plaintiff*

§
§
§
§ No: A:12-cv-33-JRN
§
§
§
Life Partners Holdings, Inc., et al §
*Defendant*

## LIST OF WITNESSES

| for | PLAINTIFF | for | DEFENDANT |
|---|---|---|---|
| 1. | Akita Adkins | 1. | LaDonna Johnson |
| 2. | Kurt Carr | 2. | R. Scott Peden |
| 3. | Mark Embry | 3. | Tim Harper |
| 4. | R. Scott Peden | 4. | Harold Rafuse |
| 5. | Brian D. Pardo | 5. | Tad Ballantyne |
| 6. | Nina Piper | 6. | |
| 7. | Dr. Donald Cassidy | 7. | |
| 8. | Larry Rubin | 8. | |
| 9. | James Sundelius | 9. | |
| 10. | | 10. | |
| 11. | | 11. | |
| 12. | | 12. | |
| 13. | | 13. | |
| 14. | | 14. | |